IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY CRAIG TAYLOR, | ) | MEMORANDUM AND ORDER ON |
| | ) | APPEAL FROM ORDER DENYING |
| Defendant. | ) | MOTION FOR RELEASE |
| | ) | |

The appeal submits that 18 U.S.C. § 3143(a)(2) does not apply, because the defendant has not been found guilty by any court. In fact, however, I did find him guilty and so stated in my Memorandum and Order on Recommendation of Magistrate Judge Regarding Guilty Plea, dated April 11, 2006.

None of the conditions of 18 U.S.C. § 3143(a)(2)(A) or (B) has been fulfilled. Accordingly,

IT IS ORDERED that the Appeal From Order Denying Motion for Release, filing 24, is denied.

Dated May 3, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge