IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY CRAIG TAYLOR, | ) | ORDER RESCHEDULING |
| | ) | SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the sentencing hearing is rescheduled and will commence at 3:00 p.m. on June 5, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

    DATED May 24, 2006.

                              BY THE COURT:

                              s/ Warren K. Urbom
                              Senior United States District Judge