UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| HENRY CRAIG TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has orally requested a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 43, is granted;

2. the hearing will be held on November 5, 2007, at 12:15 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the U.S. Marshals are directed to have the defendant, Henry Craig Taylor, present for the hearing.

Dated September 10, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge