IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY CRAIG TAYLOR, | ) | ORDER RESCHEDULING RULE 35(B) |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the hearing on the Rule 35(b) motion is rescheduled and shall commence on November 7, 2007, at 2:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the U.S. Marshals are directed to have the defendant, Henry Craig Taylor, present for the hearing.

Dated November 6, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge